# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL PRESCOTT,** | Civil Action No. 8:12-cv-01945-DC |
| | Chief Judge Deborah K. Chasanow |
| **Plaintiff,** | **NOTICE OF APPEARANCE** |
| v. | |
| **COMTECH MOBILE DATACOM CORPORTATION,** | |
| **Defendant.** | |

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel of record for Defendant Comtech Mobile Datacom Corporation. I certify that I am admitted to practice in this Court.

Dated: July 12, 2012
      Washington, D.C.

Respectfully submitted,

/s/ Benjamin R. Ogletree
Benjamin R. Ogletree, Esq.
Bar No. 16400
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 400 South
Washington, DC 20004
Telephone:    202.416.5814
Facsimile:     202.416.6899
bogletree@proskauer.com

*Attorneys for Defendant Comtech Mobile Datacom Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served by first-class U.S. Mail, postage prepaid, this 12th day of July 2012, to:

> Michael J. Crocenzi, Esq.
> Goldberg Katzman, P.C.
> 320 Market Street
> P.O. Box 1268
> Harrisburg, PA 17108-1268
> Telephone: 717.234.4161
> Facsimile: 717.234.6808
> mjc@goldbergkatzman.com

*Counsel for Plaintiff Michael Prescott*

\_\_\_\_\_/s/_____
Benjamin R. Ogletree