# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE  Greenbelt, MD  20770
 (301) 344-0634

August 20, 2012

Michael J. Crocenzi
Goldbert Katzman PC
4250 Crums Mill Road, Suite 301
Harrisburg, PA  17112

 RE: Prescott v. Comtech Mobile Datacom Corporation
  Civil Action No. DKC 12-1945

Dear Mr. Crocenzi:

 When this case was transferred to our court, you were advised that you were not a member in good standing of our bar and that your appearance had not been entered.  Without your appearance on our docket, you cannot receive any copies of orders and other documents.  To date, you have not applied for membership to our bar nor moved to appear pro hac vice.

 Unless the court hears from you by September 4, concerning your representation of Plaintiff, a letter will be sent directly to Plaintiff, stating that he will be proceeding pro se.

 Very truly yours,

 /s/

 DEBORAH K. CHASANOW
 United States District Judge