# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael P. Presscott )<br>  )<br>  Plaintiff, )<br> v. )<br>  )<br> Comtech Mobile Datacom Corp., )<br>  Defendant, )<br> _____) | Case No. 8:12-cv-01945 |

## NOTICE OF APPEARANCE

Undersigned counsel, Morris E. Fischer, Esq., herein makes his appearance on this case for aforementioned Plaintiff.


8/22/12                                           *Morris E. Fischer, Esq.*
_____       _____
Date                                               Morris E. Fischer, Esq.
                                                   Morris E. Fischer, LLC
                                                   1400 Spring Street, Ste. 350
                                                   Silver Spring, MD 20910
                                                    (301) 328-7631 telephone
                                                   (301) 328-7638 facsimile
                                                   *Attorney for Plaintiff*