IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL P. PRESCOTT,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>COMTECH MOBILE DATACOM CORPORATION,<br>　　　　　Defendant | :<br>:<br>:<br>:  Civil Action No. DKC 12-1945<br>:<br>:<br>: |

**JOINT REQUEST FOR EARLY
SETTLEMENT/ADR CONFERENCE**

The parties respectfully request that the Court schedule this matter for an early settlement/ADR conference.

Respectfully submitted,

By: ___/S/_____　　　　By: ___/S/_____
　　Michael J. Crocenzi, Esq.　　　　　　　Benjamin Ogletree, Esq.
　　Attorney I. D. No. 66255　　　　　　　Attorney I.D. No.16400
　　4250 Crums Mill Road　　　　　　　　Proskauer Rose LLP
　　Suite 301　　　　　　　　　　　　　　1001 Pennsylvania Avenue NW
　　Harrisburg, PA 17112　　　　　　　　Suite 400 South
　　Telephone: (717) 234-4161　　　　　　Washington, D.C. 20004
　　Facsimile (717) 234-6808　　　　　　　Telephone: (202) 416-5814
　　mjc@goldbergkatzman.com　　　　　　Facsimile (202) 416-6899
　　*Attorneys for Plaintiff*　　　　　　　　bogletree@proskauer.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of September, 2012, I caused the foregoing document to be filed via ECF and that Michael J. Crocenzi, Esquire, is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

                Benjamin Ogletree, Esquire
                Proskauer Rose LLP
           1001 Pennsylvania Avenue NW
                  Suite 400 South
                Washington, D.C. 20004

                **GOLDBERG KATZMAN, P.C.**

By: _____/S/_____
      Michael J. Crocenzi, Esquire
      PA I.D. No.: 66255
      4250 Crums Mill Road
      Suite 301
      Harrisburg, PA 17112
      Phone: (717) 234-4161
      Fax: (717) 234-6808
      Email: mjc@goldbergkatzman.com
      *Attorneys for Plaintiff*