IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL P. PRESCOTT, <br>           Plaintiff | : <br> : <br> : |
| v. | :   Civil Action No. DKC 12-1945 <br> : |
| COMTECH MOBILE DATACOM CORPORATION, <br>           Defendant | : <br> : |

**JOINT REQUEST FOR MODIFICATION OF
INITIAL SCHEDULING ORDER**

1. The Court issued a Scheduling Order on August 27, 2012 setting forth various deadlines for the case, including a discovery deadline of January 9, 2013.

2. The parties believe that the January 9, 2013 discovery deadline is unreasonable because:

    a. The Plaintiff recently underwent a bone marrow transplant and will not be released from the Johns Hopkins Hospital system until approximately the first week of November 2012;

    b. There are at least two significant non-party witnesses who are located out-of-state, which will pose issues concerning the reach of subpoena power and logistical procedures to schedule their depositions;

        c.     Plaintiff's counsel has three trials scheduled in October, November, and December 2012;

        d.     The Thanksgiving holiday and Christmas season will eliminate working days and make it more difficult to complete depositions and document discovery.

3.     The parties jointly request that the discovery deadline be extended from January 9, 2013 to March 8, 2013. The parties also jointly request that the deadline for requests for admissions be moved from January 16, 2013 to March 15, 2013 and the deadline for dispositive pre-trial motions be changed from February 8, 2013 to April 5, 2013.

4.     The Plaintiff will need thirty (30) hours of deposition time and the Defendant will need seven (7) hours of deposition time.

                                    Respectfully submitted,

| By: /S/ | By: /S/ |
|---|---|
| Michael J. Crocenzi, Esq. | Benjamin Ogletree, Esq. |
| Attorney I. D. No. 66255 | Attorney I.D. No. 16400 |
| 4250 Crums Mill Road | Proskauer Rose LLP |
| Suite 301 | 1001 Pennsylvania Avenue NW |
| Harrisburg, PA 17112 | Suite 400 South |
| Telephone: (717) 234-4161 | Washington, D.C. 20004 |
| Facsimile (717) 234-6808 | Telephone: (202) 416-5814 |
| mjc@goldbergkatzman.com | Facsimile: (202) 416-6899 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of September, 2012, I caused the foregoing document to be filed via ECF and that Michael J. Crocenzi, Esquire, is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

Benjamin Ogletree, Esquire
Proskauer Rose LLP
1001 Pennsylvania Avenue NW
Suite 400 South
Washington, D.C. 20004

**GOLDBERG KATZMAN, P.C.**

By: _____/S/_____
Michael J. Crocenzi, Esquire
PA I.D. No.: 66255
4250 Crums Mill Road
Suite 301
Harrisburg, PA 17112
Phone: (717) 234-4161
Fax: (717) 234-6808
Email: mjc@goldbergkatzman.com
*Attorneys for Plaintiff*