## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Michael P. Prescott                                           *

**Plaintiff(s)**                                      *       **Case No.:** 8:12-cv-01945-DKC

**vs.**                                               *

Comtech Mobile Datacom Corporation                            *

**Defendant(s)**                                      *

                                            ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin R. Ogletree , am a member in good standing of the bar of this Court.

My bar number is 16400                    I am moving the admission of _____

Ian C. Schaefer _____to appear *pro hac vice* in this

case as counsel for Comtech Mobile Datacom Corporation _____.

          We certify that:

1.     The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York – 2005 | U.S. District Court, NY Eastern District - 2007 |
|  | U.S. District Court, NY Southern District - 2007 |
|  | United States Supreme Court - 2008 |

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0_____ times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

Benjamin R. Ogletree
Printed Name

Proskauer Rose, LLP
Firm

1001 Pennsylvania Ave., NW, Ste 400 S
Address

Washington, DC  20004-2533
City, State, Zip Code

(202) 416-5814
Telephone Number

(202) 416-6899
Fax Number

bogletree@proskauer.com
Email Address

PROPOSED ADMITTEE

_____
Signature

Ian C. Schaefer
Printed Name

Proskauer Rose, LLP
Firm

Eleven Times Square
Address

New York, NY  10036
City, State, Zip Code

(212) 969-3563
Telephone Number

(212) 969-2900
Fax Number

ischaefer@proskauer.com
Email Address