IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Michael P. Prescott

**Plaintiff(s)**

vs.

Case No.: 8:12-cv-01945-DKC

Comtech Mobile Datacom Corporation

**Defendant(s)**

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin R. Ogletree, am a member in good standing of the bar of this Court.

My bar number is 16400  I am moving the admission of

Allan H. Weitzman to appear *pro hac vice* in this

case as counsel for Comtech Mobile Datacom Corporation.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York – 1974 | See attached. |
| Florida – 1995 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.   The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.   We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Benjamin L. Ogletree by KAH* | *[signature]* |
| Signature | Signature |
| Benjamin R. Ogletree | Allan H. Weitzman |
| Printed Name | Printed Name |
| Proskauer Rose, LLP | Proskauer Rose, LLP |
| Firm | Firm |
| 1001 Pennsylvania Ave., NW, Ste 400 S | 2255 Glades Rd., Ste. 421 Atrium |
| Address | Address |
| Washington, DC 20004-2533 | Boca Raton, FL 33431 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 416-5814 | (561) 995-4760 |
| Telephone Number | Telephone Number |
| (202) 416-6899 | (561) 241-7145 |
| Fax Number | Fax Number |
| bogletree@proskauer.com | aweitzman@proskauer.com |
| Email Address | Email Address |

Prescott v. Comtech Mobile Datacom Corporation
Case No.: 8:12-cv-01945-DKC

Allan H. Weitzman
Supplement to Pro Hac Vice Motion
U.S. Courts and Dates of Admission

US District Court, Southern District New York – Feb. 4, 1975

2nd Circuit U.S. Court of Appeals – July 2, 1975

US District Court, Eastern District New York – Sep. 30, 1977

11th Circuit US Court of Appeals – Mar. 9, 1982

Supreme Court of the United States – April 19, 1982

6th Circuit U.S. Court of Appeals – April 6, 1987

US District Court, Southern District Florida – Oct. 24, 1995

US District Court, Middle District Florida – Oct. 24, 1995

9th Circuit US Court of Appeals – July 31, 2007

US District Court, Northern District Florida – May 2, 2008