**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL P. PRESCOTT,** : | |
|           **Plaintiff** : | **Civil Action No.** |
| : |      **8:12-cv-01945** |
|     **v.** : | |
| : | **JURY TRIAL DEMANDED** |
| **COMTECH   MOBILE   DATACOM** : | |
| **CORPORATION,** : | |
|        **Defendant** : | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND**
**COMPLAINT PURSUANT TO F.R.C.P. 15**

1.    The Plaintiff, Michael P. Prescott ("Prescott") filed a Complaint alleging that the Defendant violated the Americans with Disabilities Act of 1990 (ADA), as codified, 42 U.S.C. Section 12101 et. seq., and the Age Discrimination in Employment Act (ADEA), as codified, 29 U.S.C. Section 621 et. seq. when it terminated him on April 12, 2011.

2.    The case was originally filed in the United States District Court for the Middle District of Pennsylvania, but was subsequently transferred to this Honorable Court.

3.    As a result, several changes to the Complaint are required, as reflected in the proposed Amended Complaint which filed simultaneously herewith.

1

4.     These changes include amendment of the venue paragraph as well as the description of Defendant (citing to its presence in Maryland as opposed to its presence in Pennsylvania).

5.     Further, in the proposed Amended Complaint, Plaintiff removed a request for reputational damages.

6.     Pursuant to Local Rule 103(6)(d), undersigned counsel contacted counsel for Defendant who concurs with said changes related to venue, party description, and reputational damages, which are included in the Amended Complaint.

7.     In addition, subsequent to his termination, Prescott filed a charge of discrimination with the EEOC.  The EEOC prepared a Charge of Discrimination form that Prescott signed on July 6, 2011 and was eventually served on the Defendant. (A copy of which is attached hereto as Exhibit "A").  The charge alleged discrimination based on age and disability.

8.     Defendant filed a position statement with the EEOC on September 23, 2011. A copy of the Defendant's position statement is attached hereto as Exhibit "B".

9.     On that same date, the EEOC wrote a letter to Prescott (a copy which is attached hereto as Exhibit "C"), requesting that Prescott provide a rebuttal.

10.    Prescott filed a rebuttal (a copy of which is attached hereto as Exhibit "D"), in which he stated "Not only did Comtech fire me because of my disability, but they fired me because I requested an accommodation.  This is retaliation under the ADA."  (Exhibit "D").

11.    This retaliation charge, although not checked off on the original EEOC Charge of Discrimination, was developed in the course of the investigation of the disability charges included in the EEOC Charge.

12.    Pursuant to Local Rule 103(6)(d), undersigned counsel contacted counsel for Defendant regarding the addition of this charge.  Defendant does not concur with the addition of a retaliation charge to the Amended Complaint.

13.    For the reasons stated in Prescott's Memorandum in Support of Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15, filed simultaneously herewith, Prescott should be granted leave to amend his Complaint, to add the retaliation charge.

WHEREFORE, Plaintiff requests leave to file the attached Amended Complaint (Exhibit "E").

Respectfully submitted,

**GOLDBERG KATZMAN, P.C.**

By: __/S/ Michael J. Crocenzi__
    Michael J. Crocenzi
    Attorney I.D. No. 66255 (PA)
    4250 Crums Mill Road, Ste. 301
    P.O. Box 6991
    Harrisburg, PA 17112
    Telephone: (717) 234-4161
    mjc@goldbergkatzman.com

By: __/S/ Morris E. Fischer__
    Morris E. Fischer
    Morris E. Fischer, LLC
    1400 Spring Street, Ste. 350
    Silver Spring, MD 20910-2762
    Telephone: (301) 328-7631
    morris@mfischerlaw.com

*Attorneys for Plaintiff, Michael Prescott*

Date: October 26, 2012

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October, 2012, I caused the foregoing document to be filed via ECF and that Michael J. Crocenzi, Esquire, is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

Allan H. Weitzman, Esquire
Ian C. Schaefer, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Respectfully submitted,
**GOLDBERG KATZMAN, P.C.**

By: /S/ Michael J. Crocenzi
Michael J. Crocenzi
Attorney I.D. No. 66255 (PA)
4250 Crums Mill Road, Ste. 301
P.O. Box 6991
Harrisburg, PA 17112
Telephone: (717) 234-4161
mjc@goldbergkatzman.com

By: /S/ Morris E. Fischer
Morris E. Fischer
Morris E. Fischer, LLC
1400 Spring Street, Ste. 350
Silver Spring, MD 20910-2762
Telephone: (301) 328-7631
morris@mfischerlaw.com

*Attorneys for Plaintiff, Michael Prescott*

616380.1