# EXHIBIT

# A

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | Amended |
| [X] EEOC | 541-2011-01596 |

Colorado Civil Rights Division
State or local Agency, if any — and EEOC

**Name** (indicate Mr., Ms., Mrs.): Mr. Michael P. Prescott
**Home Phone** (Incl. Area Code): (240) 449-9994
**Date of Birth**: 05-05-1955

**Street Address**: 7365 Village Square Drive, Apt 1623, Castle Rock, CO 80108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: COMTECH MOBILE DATACOM CORP.
**No. Employees, Members**: Unknown
**Phone No.** (Include Area Code):
**Street Address**: 20430 Century Blvd., Germantown, MD 20874

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-11-2011    Latest: 04-11-2011
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was laid off from my Sales Manager position on April 11, 2011.

I was told that the company had decided to cancel its commercial operations in favor of its government operations.

I believe I have been discriminated against based on my age (56) and disability, in violation of the Age Discrimination in Employment Act of 1967, as amended, and within the meaning of the Americans with Disabilities Act of 1990, as amended, insomuch as:

I was hired by the Respondent in October 2009 and started working in December 2009. I had responsibility for national territory coverage which required travel to visit accounts as well as travel to the corporate office in Maryland. I performed satisfactorily which was reflected in the very positive performance review that I received in mid-2010.

I was diagnosed with a disability in early January 2011. I notified the Respondent of the diagnosis at that time and remained completely up front with them about my expected need for FMLA leave for treatment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/6/11
Charging Party Signature: [signed] M. Prescott

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2011-01596 |
| Colorado Civil Rights Division | | and EEOC |
| State or local Agency, if any | | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In mid-January 2011, I was asked to interview Steve Katz for a Sales Manager position. It was presented to me that this candidate interview was to supplement the outside sales staff since the company had just hired another Sales Representative in December 2010. After Steve was hired in February 2011, I was informed that I now worked under him.

I continually updated the Respondent of my treatment needs and scheduling requirements throughout the process of diagnosis and determination of treatment options. Management was cooperative in accommodating my travel and scheduling needs and I continued to perform at a satisfactory level.

Despite my performance, on April 11, 2011, I was notified that I was being laid off. I asked if there were any other sales positions available within the company. I was told there weren't any positions available.

I believe I was wrongfully terminated and discriminated against because of my disability. In addition, I believe I was passed up for consideration and retention for another position within the company because of my disability and age. Steve (who is young and is not disabled) has no previous experience in government operations yet he was retained by the Respondent.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)