# EXHIBIT

# C



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO 80203
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Denver Status Line: (866) 408-8075
Denver Direct Dial: (303) 866-1359
TTY: (303) 866-1950
FAX (303) 866-1085

September 23, 2011

Michael P. Prescott
7365 Village Square Drive #1623
Castle Pines, CO 80108-9372

RE: Michael P. Prescott vs. Comtech Mobile Datacom Corp
    EEOC Charge No.: 541-2011-01596

Dear Mr. Prescott:

The Respondent has provided a response to your charge of employment discrimination. Enclosed is Respondent's response to the allegations raised in the charge. Please be advised this is a confidential document and should not be disclosed to the public. In addition, the Equal Employment Opportunity Commission (EEOC) is only providing a copy of the Respondent's response; the exhibits will not be provided.

At this time, please provide a rebuttal to Respondent's position by October 21, 2011. It is not necessary to resubmit information already provided to the Commission. Your rebuttal or any information you provide will be considered in determining if further investigation is warranted. Any evidence submitted may be mailed or faxed to my attention and reference the charge number. The office address, telephone number and fax number appear on this letterhead.

If the Commission determines that the evidence indicates that you were discriminated against as alleged, we will attempt to resolve the matter by means of conciliation. If the Commission is unable to conclude that the information obtained establishes a violation of the statute(s) enforced by the Commission, you will be informed of your private suit rights.

If you have any questions concerning this matter, you may contact Diana Gray, Staff Support, at 303.866.1307.

Sincerely,

Andrew Williams
Investigatory Supervisor

Enclosure: Respondent's Position Statement (without exhibits)