# EXHIBIT

# D

Michael Prescott
564 Sudbury Street
Castle Rock, CO 80104

Mr. Andrew G. Williams
Supervisory Investigator
U.S. Equal Employment Opportunity Commission
303 East 17th Avenue, Suite 410
Denver, CO 80203

RE: Michael P. Prescott v. Comtech Mobile Datacom Corporation
Charge No. 541-2011-0159

I have reviewed Comtech's response to my claim of discrimination. My response is set forth below.

On page 2, para. 4, Comtech states, "In the Spring of 2011, the Company made the decision to cease its efforts to market and sell its IntelliTruck product to the private sector."

RESPONSE: Comtech did not stop selling the product to the private sector. It continued with a field test of the product with a large account that I resurrected in the South East.

On page 2, para. 4, Comtech states, "Accordingly, the Company decided to retain the most experienced member of the sales team, Mr. Katz."

RESPONSE: Katz was not the most experienced member of the sales team. He had only been with the company for 6 weeks, had not sold any product and didn't have the track record of success I had with Comtech, as evidenced by my performance review, salary increase, and bonus for performance. In addition, I had just as much experience, if not more, in sales and management of these products.

Page 3, para. 2: Comtech states, "Complainant told some in management that he had some unspecified medical issue that would require some time off for treatment, but there was no indication that these treatments would interfere with Complainant's ability to perform his job."

RESPONSE: This is simply false. I discussed my specific medical condition and recommended treatment and potential need for a transplant with:

1) Clayton Smith - my direct supervisor in January 2011.

2) Jennifer Somnitz - HR director, who offered me an FMLA application. My notes from that meeting are in my initial claim I sent to the EEOC.

3) John Fossaceca, Chief Operating Office - my direct manager in late January. Again my notes are in my claim. He specifally asked me if this was leukemia and explained how his father passed away from it and they couldn't get him to John Hopkins University in time. It's incredulous to think that we had a discussion about some "unspecified medical issue"

4) Dan Wood, President - as I wanted to make sure I could attend some mandatory meetings via teleconference, while in Colorado getting chemotherapy treatments.

5) Steve Katz - my new manager in February, so he understood I couldn't travel when I had treatments.

In fact, I went overboard to inform the company so I could continue my employment.

Furthermore, at no time did I state that I needed any time off as my treatments involved a series of shots over 7 days that I could schedule during my lunch hour. I just couldn't travel.

On page 3, para. 2, Comtech states, "Complainant still has not identified the nature of his alleged 'disability,' and at no time has Complainant set forth any facts to conclude that he was (i) disabled under the ADA or that (ii) there is any nexus between his selection for termination and this purported disability."

RESPONSE: As I indicated above, beginning on January 10, 2011, I told several management officials that I was diagnosed with Myelodysplastic Syndrome, a type of blood cancer. I have also provided you with a report from my physician confirming my medical diagnosis. Under the ADA, this condition is considered a physical impairment. This diagnosis has caused me to suffer from chronic fatigue and lethargy, so much so that I was not able to even walk up the stairs of my home. Not only did my impairment substantially limit my walking, it also substantially limited my ability to stand, lift, concentrate, and think. Under the more lenient definitions and interpretations of the ADA, I have proven that I am disabled.

      I have also shown a nexus between my disability and my termination. I notified Comtech as of January 10, 2011 that I had an impairment that was substantially limiting some of my major life activities. I also requested an accommodation. In a very short three month period of time, Comtech hired my replacement, Mr. Katz. I helped train him on Comtech's product line and then Comtech fired me. Not only did Comtech fire me because of my disability, but they fired me because I requested an accommodation. This is retaliation under the ADA.

                                      Very truly yours,

                                      Michael P. Prescott