UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
------------------------------------------------------------x

Michael P. Prescott,

                        Plaintiff,           :     **ECF CASE**

    -against-                            :     Case No.: 8:12-cv-01945-DKC

Comtech Mobile Datacom Corp.,        :     **STIPULATION & ORDER OF**
                                                    :     **DISMISSAL WITH PREJUDICE**

                       Defendant.

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein that this action shall be, and the same hereby is, dismissed with prejudice and without costs to any party.

GOLDBERG KATZMAN PC LLP                        PROSKAUER ROSE LLP
By: ~~Michael J. Crocenzi, Esq.~~ Morris E. Fischer       By: _____
~~4250 Crums Mill Road, Suite 301~~ 1400 Spring Street      Allan H. Weitzman, Esq.
~~Harrisburg, Pennsylvania 17112~~ Ste. 350                Ian C. Schaefer, Esq., Esq.
~~(717) 234-4161~~ Silver Spring, MD 20910                  Eleven Times Square
                                                                                       New York, New York 10036
                                                                                       (212) 969-3000
                                                                                       aweitzman@proskauer.com
                                                                                       ischaefer@proskauer.com

*Attorneys for Plaintiff*                                              *Attorneys for Defendant*

Dated: 12/12/12                                                        Dated: December 12, 2012

So Ordered:

                                                                                   Hon. Deborah K. Chasanow, Chief Judge,
                                                                                    U.S.D.J.